IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| CITY OF CEDAR RAPIDS, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 1:08-cv-00070 |
| | ) | |
| v. | ) | |
| | ) | **DISMISSAL WITH PREJUDICE** |
| WELLS FARGO BROKERAGE SERVICES, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff City of Cedar Rapids, by and through its undersigned counsel, hereby stipulates that the above-referenced action against Defendant Wells Fargo Brokerage Services, LLC shall be dismissed with prejudice to the parties and without costs pursuant to Federal Rule of Civil Procedure 41 and Local Rule 41.

Dated: July 21, 2010

| | |
|---|---|
| /s/<br>Leonard T. Strand<br>Jeffrey Stone<br>**SIMMONS PERRINE PLC**<br>115 Third Street S.E.<br>Suite 1200<br>Cedar Rapids, IA 52401<br>Phone: 319-366-7641<br>Fax: 319-366-1917 | /s/<br>Edward W. Remsburg<br>Jason M. Craig<br>**AHLERS & COONEY, P.C.**<br>100 Court Avenue, Suite 600<br>Des Moines, IA 50309-2231<br>Phone: 515-243-7611<br>Fax: 515-243-2149<br><br>**ATTORNEYS FOR PLAINTIFF CITY OF CEDAR RAPIDS** |
| /s/<br>Lawrence T. Hofmann*<br>Jonathan F. Mack*<br>Rory D. Zamansky*<br>**ZELLE HOFMANN VOELBEL & MASON LLP**<br>500 Washington Avenue South<br>Suite 4000<br>Minneapolis, MN 55415<br>Phone: 612-339-2020<br>Fax: 612-336-9100<br><br>**ATTORNEYS FOR DEFENDANT WELLS FARGO BROKERAGE SERVICES, LLC** | |

*Admitted pro hac vice